THOMAS P. BEKO, ESQ. (#002653)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA MARIA KEATING, individually; KIMBERLY ELAINE KEATING, individually; ALICIA DOMINGUEZ KEATING, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT GLENNEN, III, individually, <br><br> Defendant. | Case No.: 2:14-cv-01632-JAD-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs, ANGELICA MARIA KEATING, KIMBERLY ELAINE KEATING, and ALICIA DOMINGUEZ KEATING, by and through their attorneys, Parker/Scheer Lagomarsino, and Andre M. Lagomarsino, Esq., and Defendant, ROBERT GLENNEN, III, by and through his attorneys, Erickson, Thorpe & Swainston, Ltd., and Thomas P. Beko, Esq., and hereby stipulate that the above-entitled action may be dismissed

///
///
///
///
///
///
///

with prejudice, with each party to bear their own court costs and attorney's fees.

Dated this  27th  day of August, 2015.   Dated this 24th day of August, 2015.

PARKER/SCHEER LAGOMARSINO        ERICKSON, THORPE & SWAINSTON, LTD.


By: /s/ Andre M. Lagomarsino, Esq.       By: /s/ Thomas P. Beko, Esq.
    Andre M. Lagomarsino, Esq.               Thomas P. Beko, Esq.
    *Attorneys for Plaintiffs*                *Attorneys for Defendant*


**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: August 27, 2015.

_____
UNITED STATES DISTRICT JUDGE

-2-